UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/22/2026 10:30 AM

COURTROOM 9A

HONORABLE CARYL DELANO

CASE NUMBER: FILING DATE:

**8:25-bk-07328-CED** **Chapter 7** **12/18/2025**

**ADVERSARY:** **8:25-ap-00441-CED** **Pltf Atty:** Rudy A Urena

**Dft Atty:** Marshall G Reissman

**DEBTOR:** JESSICA MARIA NELSON

**HEARING:**

Lopez et al v. NELSON

(1) Continued Pretrial/Status Conference
(2) Motion For Leave to Conduct Targeted Discovery Filed by Rudy A Urena on behalf of Plaintiff Holly Lopez. Doc #17

**APPEARANCES:**: Rudy Urena, Marshall Reissman
**RULING:**
(1) Continued Pretrial/Status Conference - Continued to 1/19/2027 at 10:30 a.m. Announced in open Court no further Notice given.

(2) Motion For Leave to Conduct Targeted Discovery Filed by Rudy A Urena on behalf of Plaintiff Holly Lopez. Doc #17 - Withdrawn on the record in open Court.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.